SAMUEL KALM and Others, Trading as J. CHESLER & SONS, Appellants, *v.* WESTMORELAND GLASS COMPANY, Respondent.

PENNSYLVANIA RAILROAD COMPANY and Another, Defendants.

Supreme Court, Appellate Term, First Department, April 13, 1927.

**Actions — joinder — severance — complaint alleges acts or defaults of all defendants caused damage to goods — error to direct severance.**

It was error to direct a severance of a cause of action herein on the theory that there was a misjoinder of causes of action, where it appears that the complaint alleges that the acts or defaults of all the defendants caused the damaged condition of certain goods upon arrival at their destination.

APPEAL by plaintiffs from an order of the City Court of the City of New York in favor of the defendant, respondent, Westmoreland Glass Company.

*Joseph & Demov* [*Lazarus Joseph*], for the appellants.

*Ludwig M. Wilson,* for the respondent.

PER CURIAM. The case mainly relied upon by the respondent (*Ader* v. *Blau,* 241 N. Y. 7) is distinguishable from the present case in that there the complaint charged each defendant with negligence, and such negligence in each instance was alleged to have solely caused the death of the intestate whereas here the complaint alleges that the acts or defaults of all of the defendants caused the damaged condition of the goods upon arrival at their destination. It was, therefore, error to direct a severance of this action on the apparent theory that there was a misjoinder of causes of action.

Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to respondent to serve an answer within six days upon payment of costs.

All concur; present, BIJUR, LYDON and LEVY, JJ.